# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| United States of America, | Criminal No. 11-219 (RHK/SER) |
| Plaintiff, | **ORDER** |
| v. | |
| Andre George Mehilove, | |
| Defendant. | |

_____

Having reviewed de novo the September 29, 2011 Report and Recommendation of Magistrate Judge Steven E. Rau, and Defendant's Objections thereto, and upon all of the files, records and proceedings herein,[1] **IT IS ORDERED**:

1. Defendant's Objections (Doc. No. 39) are **OVERRULED**;[2]

2. The Report and Recommendation (Doc. No. 36) is **ADOPTED**;

3. Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure (Doc. No. 21) is **DENIED**; and

---

1. The Court has also reviewed the 27-page transcript of the August 25, 2011 Motions Hearing before Judge Rau.

2. The Objections assert, in their entirety, that "Mr. Mehilove respectfully objects to the findings contained in the Magistrate's Report and Recommendation issued on September 15, 2011." There is no Memorandum accompanying the Objections.

4. Defendant's Motion to Suppress Statements, Admissions, and Answers (Doc. No. 22) is **DENIED**.

Dated:   October 12, 2011

                                                s/Richard H. Kyle  
                                                RICHARD H. KYLE  
                                                United States District Judge